PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2026

SEAN F. McAVOY, CLERK

## United States District Court

### Eastern District of Washington

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **Lacey Anderson** | ) | Case No. 2:26CR00114-MKD-1 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Lacey Anderson, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

**Removal of Condition #15:** GPS Monitoring: Defendant shall participate in a program of GPS confinement. Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall pay all or part fo the cost of the program based upon ability to pay as determined by the U.S. Probation Office. Defendant shall report to the U.S. Probation for installation of a GPS device within one hour of release from SPARC on November 10, 2025.

Ms. Anderson has been under pretrial supervision and GPS monitoring since November 2025. During that time, Ms. Anderson has completed inpatient and outpatient substance use disorder treatment, obtained employment, and maintained regular communication with the undersigned officer. Based on Ms. Anderson's compliance with pretrial release supervision, the undersigned officer believes the removal the GPS monitoring is appropriate at this time.

The U.S. Attorney's Office is not opposed to the above-noted modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | |
|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer |
| Lacey Leigh Anderson | | Erik Carlson |

8.5.26          8-5-26

I have reviewed the conditions with my client and concur that this modification is appropriate.

Consented Electronically          07/22/2026

Signature of Defense Counsel          Date

Lorinda Youngcourt

[X]    The above modification of conditions of release is ordered, to be effective on _August 5, 2026_

[ ]    The above modification of conditions of release is <u>not</u> ordered.

_____       _August 5, 2026_

Signature of Judicial Officer           Date

James A. Goeke